UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Alfred Gilchrist, | ) C/A No. 4:13-3512-MGL-TER | |
|                Plaintiff, | ) | |
| vs. | ) ORDER | |
| Willie B. Edwardson, Detective of Marion County Sheriff Dept.; James Lee; Neal Ross, Marion County Sheriffs, and Mark K. Richardson, Sheriff of Marion County, all in their official capacities, and State of South Carolina, | ) | |
|                Defendants. | ) | |

This is a civil action filed by a state prisoner appearing *in forma pauperis*. Under Local Civil Rule 73.02(B)(2) of the United States District Court for the District of South Carolina, pretrial proceedings in this action have been referred to the assigned United States Magistrate Judge.

**TO THE CLERK OF COURT**:

The Clerk of Court shall list the parties on the docket as they are listed in the caption of this Order. Per the Amended Complaint, the Clerk shall add "all in their official capacities" under the original Defendants' names and shall add "State of South Carolina" as a new Defendant.

In order to preserve issues raised in this case and give liberal construction to the pleadings, the Clerk of Court is directed to append the Complaint (ECF No. 1) as an attachment to the Amended Complaint (ECF No. 22).

This case is subject to summary dismissal based on an initial screening of the Amended Complaint conducted pursuant to 28 U.S.C. §1915 and/or 28 U.S.C. § 1915A. Therefore, the Clerk of Court shall *not* issue any summonses nor shall the Clerk of Court forward this matter to the United States Marshal for service of process at this time.

     **IT IS SO ORDERED**.

                                             s/Thomas E. Rogers, III
                                             Thomas E. Rogers, III
                                             United States Magistrate Judge

April 9, 2014
Florence, South Carolina